UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-21887-CIV-LENARD/WHITE

**JORGE LUIS TAPANES**,

    Petitioner,

v.

**WALTER A. McNEIL**,

    Respondent.
_____/

## ORDER ADOPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 12) AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (D.E. 1)

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 12), issued on January 19, 2011, recommending this Court dismiss Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 ("Petition," D.E. 1) for lack of jurisdiction and alternatively as time-barred pursuant to 28 U.S.C. § 2244(d)(1)-(2). The Report provided the Parties with fourteen (14) days to file objections. To date, the Parties have not filed any objections. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Report and Recommendation of the Magistrate Judge (D.E. 12), issued on January 19, 2011, is **ADOPTED**;

2. Consistent with this Order, Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (D.E. 1), filed on or about June 8, 2010, is **DISMISSED** for lack of jurisdiction and as time-barred pursuant to 28 U.S.C. § 2244(d)(1)-(2);

3. This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 16th day of February, 2011.

*[signature]*

**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**